AO91 (Rev. 12/03)  Criminal Complaint                                               AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**                    **CRIMINAL COMPLAINT**
                    vs.
                                                 Case Number: 1:16-po-2025
Quenedi Dario VALLADARES-Figueroa
 A078 306 432  Honduras
AKA Quennedi Dario VALLADARES-Figueroa

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about  December 19, 2016  in  Cameron  County, in the  Southern District Of Texas  defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title  8  United States Code, Section(s)  1325(a)(1)

I further state that I am a(n)  Border Patrol Agent  and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on December 19, 2016. The defendant is a citizen of Honduras who entered the United States illegally by swimming across the Rio Grande River near Brownsville, Texas on December 19, 2016 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

/S/  Fayett, Bernardo I.  Border Patrol Agent
Signature of Complainant

Fayett, Bernardo I.   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

December 21, 2016                                  at   Brownsville, Texas
Date                                                    City/State

Ronald Morgan          U.S. Magistrate Judge
Name of Judge          Title of Judge                Signature of Judge